UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JUAN CARLOS RODRIGUEZ ROMERO, | ) |
| | ) |
| Defendant. | ) |

CR 25-497 PAMIECW

**INDICTMENT**

18 U.S.C. § 111(a)(1)
18 U.S.C. § 111(b)

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Assault on a Federal Officer with a Dangerous Weapon)

On or about December 21, 2025, in the State and District of Minnesota,

the defendant,

**JUAN CARLOS RODRIGUEZ ROMERO**,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any

person designated in 18 U.S.C. § 1114, to wit: Victim 1, a Deportation Officer

of the United States Immigration and Customs Enforcement, who was engaged

in official duties, with a dangerous weapon, in violation of Title 18, United

States Code, Sections 111(a)(1) and (b).

## COUNT 2
(Assault on a Federal Officer with a Dangerous Weapon)

On or about December 21, 2025, in the State and District of Minnesota,

the defendant,

SCANNED

DEC 3 0 2025

U.S. DISTRICT COURT MPLS

*United States v. Juan Carlos Rodriguez Romero*

**JUAN CARLOS RODRIGUEZ ROMERO**,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Victim 1 and Victim 2, both Deportation Officers of the United States Immigration and Customs Enforcement, who were engaged in official duties, and caused physical contact and inflicted bodily injury with a dangerous weapon, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

<u>**COUNT 3**</u>
(Assault on a Federal Officer)

On or about December 21, 2025, in the State and District of Minnesota, the defendant,

**JUAN CARLOS RODRIGUEZ ROMERO**,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Victim 3, a Deportation Officer of the United States Immigration and Customs Enforcement, who was engaged in official duties, and caused physical contact and inflicted bodily injury, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY            FOREPERSON

2