UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-497 (PAM/ECW)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JUAN CARLOS RODRIGUEZ ROMERO,

        Defendant.

**Government's Response to Motion for Order Prohibiting the U.S. Immigration and Customs Enforcement from Removing Defendant from the District of Minnesota**

The United States of America, by its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Syngen Kanassatega, Assistant United States Attorney, stipulates that the U.S. Immigration and Customs Enforcement will not remove the defendant from the District of Minnesota while this matter is before the Court.

Dated:  January 13, 2026

        Respectfully Submitted:

        DANIEL N. ROSEN
        United States Attorney

        s/ *Syngen Kanassatega*

BY:   SYNGEN KANASSATEGA
           Assistant United States Attorney