UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 25-CR-437(PAM/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| JUAN CARLOS RODRIGUEZ ROMERO, | ) |
| | ) |
| Defendant. | ) |

**REPLY TO GOVERNMENT RESPONSE TO MOTION FOR ORDER PROHIBITIN REMOVAL OF DEFENDANT FOR DISTRICT OF MINNESOTA**

Juan Carlos Rodriguez Romero, by counsel Bruce D. Nestor of De León & Nestor, LLC, states as follows:

1. The Government has filed a Response to the Defendant's motion agreeing that Defendant, who is presently in the custody of Immigration and Customs Enforcement (ICE), will not be removed by ICE from the District of Minnesota while this criminal proceeding is before the Court.

2. Counsel assumes that the Government's position includes that it would provide sufficient notice, of no less than 72 hours, to the Court and counsel if the position of the Government were to change.

Dated: January 14, 2026

S/BRUCE D. NESTOR
Bruce D. Nestor, 0318024 – MN
DE LEÓN & NESTOR, LLC
3547 Cedar Avenue South
Minneapolis, MN  55407
(612) 659-9019
(612) 436-3664 – Facsimile
nestor@denestlaw.com

1