UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 25-CR-497(PAM/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JUAN CARLOS RODRIGUEZ ROMERO, | ) |
| | ) |
| Defendant. | ) |

**EXHIBITS IN SUPPORT OF MOTION FOR EXAMINATION AND
DISCLOSURE OF GOVERNMENT AGENT/WITNESS COMMUNICATIONS**

Exhibit 1    Twitter/X Post by DHS on December 21, 2025

Exhibit 2    "Cuban National Charged with Assaulting Federal Officers With
A Dangerous Weapon," Alpha News, January 7, 2026

Date: <u>February 27, 2026</u>                    <u>_____S/BRUCE D. NESTOR_____</u>
Bruce D. Nestor, 0318024 – MN
DE LEÓN & NESTOR, LLC
3547 Cedar Avenue South
Minneapolis, MN  55407
(612) 659-9019
(612) 436-3664 – Facsimile
<u>nestor@denestlaw.com</u>

ATTORNEY FOR JUAN RODRIGUEZ
ROMERO

X

New to X?

Sign up now to get

G Si

Si

Cr

By signing up, you
Privacy Policy, incl

← **Post**

**Homeland Security** ✔
@DHSgov

···

On Dec. 21, ICE officers positively identified Juan Carlos Rodrigues Romero, an illegal alien from Cuba, as he got into a white SUV near Westminster Street in St. Paul, Minnesota. When ICE Enforcement officers conducted a lawful vehicle stop, officers approached and identified themselves as ICE law enforcement. Romero was noncompliant and refused to roll down his window, causing officers to warn that they would have to break the window if he continued to not comply with lawful orders.

In response, Romero drove off, striking one of the officers in his attempt to escape. ICE officers gave chase, and, after a brief pursuit, Romero pulled into a parking lot near his residence and struck two parked vehicles. Officers again stopped Romero's vehicle and commanded him to exit. Romero began ramming his car into an ICE vehicle and struck ANOTHER ICE officer. The officer who was struck by Romero's car defensively fired two rounds from his service weapon, causing Romero to drive off again. No one was struck by any of the defensive shots fired.

Romero then drove to the front door of his apartment complex, rammed another ICE vehicle, then got out of his car and attempted to flee into his apartment. Officers pursued, and brought Romero to the ground, who continued to violently resist arrest and bit one of the officers.

Officers eventually subdued Romero and placed him in handcuffs. Two officers sustained non-life threatening injuries and were taken to the hospital for evaluation. Romero was also taken to the hospital for evaluation. He is currently in ICE custody pending further charges.

Romero was admitted into the United States in 2024 by the Biden Administration through the CBP One app, which released over a million completely unvetted illegal aliens into the interior of the United States.

7:22 PM · Dec 21, 2025 · **144K** Views

💬 430        ↻ 1.5K        ♡ 5.8K        🔖 133        ⬆

Something

Terms of Service  |
Accessibility  |  Ads

**Don't miss what's happening**

People on X are the first to know.

Log in

# Cuban national charged with assaulting federal officers with a dangerous weapon

**Juan Carlos Rodriguez Romero struck an ICE officer with his car and bit another agent's hand, the U.S. Attorney's Office said.**

By **Crime Watch MN** - January 7, 2026



*Photos of the suspect and his crashed vehicle released by ICE. (U.S. Immigration and Customs Enforcement/X)*


Listen to this article
2 min

**SHARE THIS STORY**

A Cuban national has now been federally charged by indictment with two counts of assault on a federal officer with a dangerous weapon and one count of assault on a federal officer, following an incident in St. Paul in December.

The charges were announced this week by U.S. Attorney Daniel Rosen, who said in a press release that on the morning of Dec. 21, 2025, ICE deportation officers attempted to arrest Juan Carlos Rodriguez Romero, who is a citizen of Cuba and subject to removal.

Uniformed ICE agents initiated a traffic stop of Rodriguez, who refused to obey commands and attempted to flee in his car. While fleeing, Rodriguez accelerated his car towards ICE officers, who were on foot. Rodriguez then sped away, but soon hit two parked cars and lost control of his vehicle. When ICE officers attempted to apprehend Rodriguez Romero a second time, Rodriguez Romero again accelerated his car towards officers, one of whom fired his weapon towards Rodriguez Romero.

Rodriguez Romero struck one officer while trying to flee during the second attempt. When ICE officers apprehended Rodriguez Romero, he bit one of the officers, drawing blood. Two ICE officers were transported to the hospital, suffering from bruised ribs, a dislocated finger, and a bite wound.

Rodriguez Romero will be detained pending a detention hearing. If convicted, he faces up to 20 years in prison on the charge of assault on a federal officer with a dangerous weapon.

- - -

Minnesota Crime Watch & Information publishes news, info and commentary about crime, public safety and livability issues in Minneapolis, the Twin Cities and Greater Minnesota.