UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 25-CR-497(PAM/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JUAN CARLOS RODRIGUEZ ROMERO, | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION TO CONTINUE MARCH 26, 2026
MOTION HEARING**

Defendant, by counsel Bruce D. Nestor of De León & Nestor, states as follows:

1. This matter is currently scheduled for a Motion Hearing on March 26, 2026.

2. On January 8, 2026, Mr. Rodriguez Romero ("Rodriguez") was granted pre-trial release with conditions from criminal custody following a detention hearing before Magistrate Judge Dulce J. Foster. Mr. Rodriguez was then detained by Immigration and Customs Enforcement (ICE) pending the completion of removal proceedings before the Executive Office of Immigration Review (EOIR).

3. On March 17, 2026, United States District Court Judge Michael J. Davis granted a Petition for Writ of Habeas Corpus filed on Mr. Rodriguez's

behalf and ordered his immediate release from custody and prohibited the re-detention of Mr. Rodriguez by ICE. See, Juan C.R.R. v. Bondi, et. al., 26-cv-1282(MJD/DJF), District of Minnesota, 3/17/2026 (ECF# 21). Mr. Rodriguez was released from ICE custody at approximately 8:30 p.m. on March 17, 2026.

4. Mr. Rodriguez is also in immigration removal proceedings before EOIR and represented by immigration counsel. His release from custody significantly impacts issues related to the best resolution of his criminal case, the resolution of his immigration proceedings, and the interaction between the two. Counsel requires time to consult with Mr. Rodriguez and his immigration counsel regarding a strategy to best resolve both matters in light of his release from custody.

5. The parties to this criminal proceeding have been and are discussing resolution. Mr. Rodriguez's release from custody impacts his decisions regarding a resolution of this criminal proceeding. Counsel believes that a continuance of the Motion Hearing will allow the parties to continue to discuss resolution of this matter and potentially reach agreement to resolve this matter without the need for a Motion Hearing.

6. Many of the disputes between the parties that counsel believes may require intervention by the Court following a Motion Hearing involve discovery issues. Counsel believes that the additional time as a result of continuing the Motion Hearing will allow the parties to continue their good faith

discussions to resolve outstanding issues and to at least narrow the issues in dispute which need to be resolved by the Court.

7.  The Government, through Assistant United States Attorney Syngen Kanassatega, does not oppose this Motion to Continue.

8.  Counsel has discussed this Motion to Continue with Mr. Rodriguez and he consents to the continuance. Counsel will draft and file a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act, to be signed by Mr. Rodriguez and filed in support of this Motion.

9.  Undersigned counsel is out of town at a professional conference from April 8-12, 2026. Counsel believes that a rescheduled Motion Hearing in mid to late April would allow sufficient time to address the issues discussed above which necessitate this Motion to Continue.

Dated:  March 18, 2026 _____S/BRUCE D. NESTOR_____

Bruce D. Nestor, 0318024 – MN
DE LEÓN & NESTOR, LLC
3547 Cedar Avenue South
Minneapolis, MN  55407
(612) 659-9019
(612) 436-3664 – Facsimile
nestor@denestlaw.com

3