UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 25-CR-497(PAM/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| ) | |
| v. | ) |
| | ) |
| JUAN CARLOS RODRIGUEZ ROMERO, | ) |
| | ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO CONTINUE MOTION HEARING

Defendant, by counsel Bruce D. Nestor of De León & Nestor, states as follows:

1. A pre-trial Motion Hearing in this matter is currently scheduled for April 29, 2026.

2. Mr. Rodriguez has filed a Motion for Examination and Disclosure of Government Agent/Witness Communications (ECF# 34), generally requesting that the Government obtain and disclosure electronic communications between the Government agents involved in the arrest of Mr. Rodriguez for the period of December 21, 2025, through February 13, 2026 (the date of the incident resulting in Mr. Rodriguez's arrest through the date of the making of the first disclosed statement by the Government agent alleged to be the victim of an assault(s) and who discharged his firearm on December 21, 2025).

3. The Government has generally agreed to obtain and disclose such electronic communications in the Government's Consolidated Response to Defendant's Motions (ECF #40, p.10-11). By email dated April 20, 2026, the Government represents that this process is ongoing. The Government represents that it has obtained and decrypted a Signal group chat used by agents which requires additional review to redact information not relating to Mr. Rodriguez. Further, the Government represents that forensic analysts have started the process of decrypting text messages from the cell phones of the individual agents, distinct from the Signal group chat messages. This process will not be completed by April 29, 2026, and the Government does not have a date certain by which the process will be completed.

4. Continuing the Motion hearing will allow for disclosure by the Government of these communications and potentially narrow the issues before the Court with respect to ECF#34.

5. The communications between Government agents to be disclosed by the Government are also potentially relevant to Mr. Rodriguez's Motion to Disclose Grand Jury Testimony (ECF#32), in that the content of the communications may bear on the issue of whether the Government presented evidence to the grand jury on or before December 30, 2025, which is not credible at this time in light of the contents of the communications and the subsequent statements made by the agents involved in this matter. A continuance of the Motion Hearing date would

eliminate the need to potentially re-open the Motion Hearing in light of evidentiary disclosures made after the Motion Hearing and which are relevant to the issues to be argued and resolved by the Court.

6. The United States, through Assistant United States Attorney Syngen Kanassatega does not oppose this request to continue the Motion Hearing.

7. Mr. Rodriguez is not in custody. He will suffer no prejudice by the granting of this request. Counsel believes that any delay resulting from this request is subject to exclusion under the Speedy Trial Act pursuant to 18 USC §3161(h)(7)(A), in that the ends of justice are served by allowing the Government to make full disclosures relevant to issues to be raised at the Motion Hearing and these interests outweigh the best interest of the public and defendant in a speedy trial. Counsel will prepare and file a Statement of Facts in Support of Exclusion of Time if deemed necessary by the Court.

WHEREFORE, Defendant requests that Motion Hearing in this matter be continued until a date after May 18, 2026.

Dated: April 21, 2026             S/BRUCE D. NESTOR
                                  Bruce D. Nestor, 0318024 – MN
                                  DE LEÓN & NESTOR, LLC
                                  3547 Cedar Avenue South
                                  Minneapolis, MN  55407
                                  (612) 659-9019
                                  (612) 436-3664 – Facsimile
                                  nestor@denestlaw.com

3