UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-497 (PAM/ECW)

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN CARLOS RODRIGUEZ
ROMERO,

Defendant.

**MOTION FOR PROTECTIVE
ORDER GOVERNING DISCOVERY**

The United States of America moves the Court for a protective order governing discovery. The bases for this motion are as follows:

1.    Mr. Rodriguez Romero is charged with two counts of Assault on a Federal Officer with a Dangerous Weapon and one count of Assault on a Federal Officer. *See* ECF No. 1.

2.    The government made supplemental disclosures to Mr. Rodriguez Romero on May 19, 2026. In addition to producing documents, photographs, and other evidence, the government made data extraction files available to defense counsel for inspection. The files were extracted from government-issued mobile phones operated by law enforcement personnel.

3.    The files contain over 10,000 pages of text messages among law enforcement personnel. The vast majority of the text messages do not relate to the present case under Rule 16 of the Federal Rules of Criminal Procedure.  The unrelated text messages are immaterial to preparing a defense, and the government does not intend to use them in its case-in-chief at trial. *See* Fed. R. Crim. P.

16(a)(1)(E). The unrestricted dissemination of this information could adversely affect the privacy interests of third parties, endanger law enforcement personnel, and/or impede ongoing or future law enforcement activities.

4. The volume of text messages makes redaction of the files impracticable.

5. The government respectfully requests the Court to enter a Protective Order limiting the dissemination of information considered "Protected Material." Specifically, Protected Material are the data extraction files provided to Mr. Rodriguez Romero on May 19, 2026.

6. It is further requested that the Protective Order require the following:

a. Discovery be held in confidence by the defendant and defense counsel and used solely for purposes of this litigation;

b. Defense counsel limit the making of copies of the Protected Material to those necessary to their activities as counsel in this case;

c. Defense counsel may advise Mr. Rodriguez Romero of the contents of the Protected Material and review the Protected Material with Mr. Rodriguez Romero without providing unredacted copies or allowing the copying or retention of any Protected Material, subject to the condition that Mr. Rodriguez Romero has read the Protective Order and that he understands and agrees to be bound by its terms;

d. The use of the Protected Material covered by the Order for any purpose other than the instant litigation be deemed a violation of the Order subject to potential sanctions;

e.    The defendant not be permitted to distribute share or discuss the Protected Materials with anyone other than his attorneys, investigators, and experts;

f.    Any filings with the Court that contain Protected Material first be redacted pursuant to Fed. R. Crim. P. 49.1 or, if not redacted, filed under seal in accordance with the Court's sealing rules and applicable filing procedures; and

g.    Any documents or other materials containing Protected Material, and all copies of them, must be destroyed or returned to the government within 60 days of the conclusion of this litigation, including appeals.

7.    The government conferred with defense counsel regarding this motion. Defense counsel agrees to a protective order to the extent that the scope of a protective order applies to personally identifiable information contained in the text messages but opposes a protective order beyond that scope.

For these reasons, the government respectfully moves this Court to enter the proposed protective order.


Dated:  May 22, 2026                              Respectfully Submitted:

                                                  DANIEL N. ROSEN
                                                  United States Attorney

                                                  s/ *Syngen Kanassatega*

                                          BY:    SYNGEN KANASSATEGA
                                                 GARRETT S. FIELDS
                                                 Assistant United States Attorneys