# IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF MINNESOTA**

# CRIMINAL MOTIONS MINUTES- HEARING

United States of America,

        Plaintiff,

v.

Juan Carlos Rodriguez Romero,

        Defendant.

**COURT MINUTES**
BEFORE:  ELIZABETH COWAN WRIGHT
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 25-cr-00497 (PAM/ECW) |
| Date: | May 26, 2026 |
| Court Reporter: | Paula Richter |
| Courthouse: | St. Paul |
| Courtroom: | 3C |
| Time Commenced: | 10:05 a.m. |
| Time Concluded: | 11:52 a.m. |
| Time in Court: | 1 Hour and 31 Minutes |

APPEARANCES:

Plaintiff:     Syngen Kanassatega, Assistant U.S. Attorney, and Garrett Fields, Assistant U.S. Attorney

Defendant:   Bruce Nestor on behalf of Juan Carlos Rodriguez Romero, who was present at the hearing

Interpreter:   Andres Diaz, certified Spanish interpreter

**<u>Motions Hearing</u>**

Hearing held on May 26, 2026 on: Defendant Juan Carlos Rodriguez Romero's Motion for Hearing Regarding Destruction of Evidence (Dkt. 29), Motion to Suppress Custodial Interrogation Statements (Dkt. 30), Motion to Disclose Grand Jury Testimony (Dkt. 32), Motion for Examination and Disclosure of Government Agent/Witness Communications (Dkt. 34), Motion for Disclosure of Officer Conduct and Training (Dkt. 38), and Motion for Disclosure of Use of Force Investigation Records (Dkt. 47), and the Government's Motion for Protective Order Governing Discovery (Dkt. 50).

Defendant withdrew his Motion for Hearing Regarding Destruction of Evidence (Dkt. 29). The Defendant also withdrew as moot his Motion to Suppress Custodial Interrogation Statements (Dkt. 30) based on the Government's representation and agreement not to introduce those statements. The Government withdrew its Motion for Protective Order Governing Discovery (Dkt. 50) in view of the parties' agreement as to the terms of a protective order at the hearing. Accordingly, the Court denied the Motion without prejudice to the Government's ability to seek a protective order consistent with the parties' agreement. The parties must file an updated proposed protective order reflecting their agreement.

With respect to the Motion to Disclose Grand Jury Testimony (Dkt. 32), the Government offered and the Court ordered the Government to provide the unredacted grand jury transcripts to the Court for in camera review on or before June 2, 2026 by USAfx. The motion will be taken under advisement following the Government's submissions. The Court also ordered the Government to file a Bill of Particulars on or before June 9, 2026.

With respect to the Motion for Examination and Disclosure of Government Agent/Witness Communications (Dkt. 34), the Court ordered the Government to investigate whether there is information on agents' personal cell phones

that should be produced, produce any such information, and provide an update to the Court on or before June 23, 2026. Defendant may file a supplemental brief on or before July 7, 2026, if he seeks further relief. The Government may file a reply brief on or before July 21, 2026. The Motion will be taken under advisement following the supplemental briefing.

With respect to the Motion for Disclosure of Use of Force Investigation Records (Dkt. 47), the Court ordered the Government to complete its inquiry into the Use of Force Investigation by June 9, 2026, and to file a response by June 23, 2026 if there remains a live dispute after conferring with Defendant regarding the results of the inquiry. Defendant may file a reply to the Government's Response on or before July 7, 2026.

An order will issue as to all pending motions (Dkts. 32, 34, 38, and 47) once supplemental briefing is complete.

☒ ORDER TO BE ISSUED ☐ R&R TO BE ISSUED
☒ Exhibits retained by the Court ☐ Exhibits returned to counsel
☐ Text order to be entered by Clerk's Office

_____ s/MS
Signature of Law Clerk
