UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 25-CR-497(PAM/ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **WITHDRAWAL OF** |
| | ) | **MOTION TO** |
| v. | ) | **DISCLOSE GRAND JURY** |
| | ) | **TESTIMONY** |
| JUAN CARLOS RODRIGUEZ ROMERO, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Juan Rodriguez Romero, by and through counsel Bruce D. Nestor of De León and Nestor, LLC states as follows in support of his Withdrawal of Motion to Disclose Grand Jury Testimony:

1. On February 25, 2026, Defendant filed a Motion to Disclose Grand Jury Testimony pursuant to Fed. R. Crim. Pro. 6(e)(3)(E)(ii). (ECF# 32).

2. At the Motion Hearing held on May 26, 2026, the Government stated on the record its intention to provide all grand jury testimony in this matter to the Magistrate Judge for ex-parte review.

3. The Government has now further disclosed to Defendant a copy of the grand jury testimony in this matter.

WHEREFORE, Defendant withdraws his Motion to Disclose Grand Jury Testimony (ECF#32) as moot.

1

Date: <u>June 4, 2026</u>                  <u>        S/BRUCE D. NESTOR        </u>
                                        Bruce D. Nestor, 0318024 – MN
                                        DE LEÓN & NESTOR, LLC
                                        3547 Cedar Avenue South
                                        Minneapolis, MN  55407
                                        (612) 659-9019
                                        (612) 436-3664 – Facsimile
                                        nestor@denestlaw.com

                                        ATTORNEY FOR JUAN RODRIGUEZ
                                        ROMERO

2