UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-cr-497 (PAM/ECW)

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN CARLOS RODRIGUEZ
ROMERO,

Defendant.

**Government's Motion to Dismiss
Indictment with Prejudice**

The United States of America respectfully moves the Court for an Order to dismiss with prejudice the Indictment filed in this matter against the defendant, Juan Carlos Rodriguez Romero, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Following the motions hearing that occurred on May 26, 2026, the government thoroughly reassessed the evidence in this case, including the evidence obtained after the Indictment issued. Given the information presently known, the government is not confident that "the admissible evidence at trial will probably be sufficient to obtain and sustain a conviction." *See* UNITED STATES DEPARTMENT OF JUSTICE, JUSTICE MANUAL § 9-27.220 (2023).

Consistent with Department of Justice policy, the interests of justice militate against proceeding with charges against Mr. Rodriguez-Romero in the instant case, and this specific prosecution should be terminated at the Court's earliest convenience

Dated:  June 8, 2026                              Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

s/ *Syngen Kanassatega*

BY:   SYNGEN KANASSATEGA
GARRETT S. FIELDS
Assistant United States Attorneys