UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 25-CR-497(PAM/ECW)

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
v.                             )
                               )
JUAN CARLOS RODRIGUEZ ROMERO,  )
                               )
            Defendant.         )

### RESPONSE TO GOVERNMENT MOTION TO DISMISS INDICTMENT WITH PREJUDICE

Juan Carlos Rodriguez Romero, by counsel Bruce D. Nestor of De León & Nestor, LLC, states as follows:

1.  On June 8, 2026, the United States filed Government's Motion to Dismiss Indictment With Prejudice (ECF#54). The Government's motion was filed pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

2.  Mr. Rodriguez Romero does not oppose the Government's Motion to Dismiss Indictment With Prejudice and requests that the Court enter an Order of Dismissal forthwith.

Dated:  June 12, 2026            S/BRUCE D. NESTOR
                                 Bruce D. Nestor, 0318024 – MN
                                 DE LEÓN & NESTOR, LLC
                                 3547 Cedar Avenue South
                                 Minneapolis, MN  55407
                                 (612) 659-9019
                                 (612) 436-3664 – Facsimile
                                 nestor@denestlaw.com

1