UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                          Crim. No. 25-497 (PAM/ECW)

Plaintiff,

v.                                                                    **ORDER**

Juan Carlos Rodriguez Romero,

Defendant.

---

This matter is before the Court on the Government's Motion to Dismiss.  The Government seeks to dismiss the Indictment as to Defendant Juan Carlos Rodriguez Romero under Fed. R. Crim. P. 48(a).

Accordingly, **IT IS HEREBY ORDERED that:**

1.      The Government's Motion to Dismiss (Docket No. 54) is **GRANTED**; and

2.      The Indictment against Defendant Juan Carlos Rodriguez Romero is **DISMISSED**.

Dated: June 16, 2026                                      s/ Paul A. Magnuson

Paul A. Magnuson
United States District Court Judge